**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-132

PEPI SCHAFLER,

                    Petitioner,

          v.

THOMAS J. CATLIOTA,

                    Respondent.

Appeal from the United States Bankruptcy Court for the District of Maryland, at Greenbelt.   Thomas J. Catliota, Bankruptcy Judge.  (13-24456)

Submitted: March 27, 2014          Decided:  April 1, 2014

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Petition denied by unpublished per curiam opinion.

Pepi Schafler, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pepi Schafler has filed a petition for a direct appeal to this court from an order of the Bankruptcy Court for the District of Maryland. A party may only obtain a direct appeal of a bankruptcy court order, however, if the bankruptcy court, the district court, or the bankruptcy panel has certified that the order sought to be appealed involves a question of law for which there is no controlling precedent or involves a matter of public importance; the order involves a question of law requiring resolution of conflicting decisions; or an immediate appeal would materially advance the proceedings. 28 U.S.C. § 158(d)(2)(A) (2012). Here, no court has certified that the order sought to be appealed meets these criteria. Accordingly, we deny Schafler's petition and deny her motion to stay the bankruptcy proceedings pending appeal.

PETITION DENIED

2